## Titman, Appellant, *v.* Russie.

*Judgments—Opening judgments—Discretion of court—Appeal.*
On an appeal from the decision of a lower court, making absolute a rule to open a judgment, the appellate court will not reverse where it is satisfied, from the whole record, that the lower court has not committed any error.

Argued October 13, 1921. Appeal, No. 156, Oct. T., 1921, by plaintiff, from judgment of C. P. No. 1, Phila. Co., Sept. T., 1920, No. 9492, making absolute rule to open judgment in the case of Eugene Titman, Trading as National Auto-Finance Company, v. Herbert Russie. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

Rule to open judgment. Before PATTERSON, J.

From the record it appeared that the plaintiff entered into a contract to purchase an automobile from Gorson's Automobile Exchange and borrowed from plaintiff the sum of $1,200, to pay the balance due Gorsons, and gave the plaintiff a judgment note as collateral security for the repayment of the money borrowed.

On November 27, 1920, judgment was entered by virtue of the power of attorney in said judgment note, and on January 29, 1921, the defendant filed a petition for a rule to open the judgment and let the defendant into a defense, alleging that misrepresentations were made in the sale of the automobile. Plaintiff filed an answer averring that he had no knowledge of the transaction between the defendant and vendor. Depositions were taken on behalf of defendant and, after argument, the court made absolute the rule without filing an opinion. Defendant appealed.

*Error assigned* was the order of the court.

476, (1921).]    Argument—Opinion of the Court.

*Albert T. Hanby,* for appellant.

*Samuel L. Borton,* for appellee.

PER CURIAM, November 21, 1921:

A judgment in this case was entered on a single bill for twelve hundred dollars, payable in installments of forty-eight weeks, with interest. A petition was presented to open this judgment. A rule to show cause was granted and after argument on petition, answer, and depositions, the court made the rule absolute, from which order the plaintiff has appealed. After a careful examination of the whole record we are satisfied that no reversible error was committed.

The order is affirmed.